IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REGIONS BANK, successor by merger to AMSOUTH BANK,** an Alabama banking corporation

    **Plaintiff,**

vs.    CASE NO. _____

**YAEGER COMEDY PROPERTY, LLC**
a Florida limited liability company;
**YAEGER COMEDY, LLC;**
an administratively dissolved Florida limited liability company;
**DONALD YAEGER;**
**CITY OF TALLAHASSEE,** a Florida municipal corporation;
**FLORIDA DEPARTMENT OF REVENUE**

    **Defendants.**

---

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, REGIONS BANK, by and through its undersigned counsel, hereby certifies that the following is the parent corporation of Plaintiff:

Regions Financial Corp., parent company of Plaintiff

    (Ticker Symbol: RF)

There are no publicly-traded corporations that own ten percent (10%) or more of Regions Financial Corp. stock.

    Dated this 20th day of September, 2010.

                                        Respectfully submitted,

                                        /s/ Megan F. Fry
                                        **KEITH L. BELL, JR.**
                                        Fla. Bar. No. 573809
                                        kbell@cphlaw.com
                                        **MEGAN F. FRY**
                                        Fla. Bar No. 0058608
                                        mfry@cphlaw.com
                                        CLARK, PARTINGTON, HART, LARRY,

BOND & STACKHOUSE
P. O. Box 13010
Pensacola, FL  32591-3010
Tel:   850-434-9200
Fax:   850-432-7340